| | | | |
|---|---|---|---|
| Com. v. McKissick [49] | 12/30/2015686 MAL (2015) | Denied | Pa.Super., 131 A.3d 86 |
| Com. v. Milisits [50]... | 12/28/2015433 WAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
| Com. v. Mills [51]..... | 02/01/2016409 WAL (2015) | Denied | Pa.Super., 133 A.3d 67 |
| Com. v. Mitchell [52].. | 12/30/2015359 WAL (2015) | Denied | Pa.Super., 131 A.3d 109 |
| Com. v. Morrow [53].. | 12/30/2015357 WAL (2015) | Denied | Pa.Super., 131 A.3d 84 |
| Com. v. Naylor [54]... | 12/29/2015775 MAL (2015) | Denied | Pa.Super., 133 A.3d 67 |
| Com. v. Orlowski [55] | 12/31/2015394 MAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| Com. v. Pannell [56].. | 12/29/2015605 EAL (2015) | Denied | Pa.Super., 131 A.3d 88 |
| Com. v. Pisciotta [57] | 02/01/2016799 MAL (2015) | Denied | Pa.Super., 134 A.3d 98 |
| Com. v. Rankin [58]... | 12/29/2015290 WAL (2015) | Denied | Pa.Super., 122 A.3d 1144 |
| Com. v. Reil [59]...... | 12/29/2015657 MAL (2015) | Denied | Pa.Super., 125 A.3d 468 |

49. Justice EAKIN did not participate in the decision of this matter.
50. Justice EAKIN did not participate in the decision of this matter.
51. Justice EAKIN did not participate in the decision of this matter.
52. Justice EAKIN did not participate in the decision of this matter.
53. Justice EAKIN did not participate in the decision of this matter.
54. Justice EAKIN did not participate in the decision of this matter.
55. Justice EAKIN did not participate in the decision of this matter.
56. Justice EAKIN did not participate in the decision of this matter.
57. Justice EAKIN did not participate in the decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter.
58. Justice EAKIN did not participate in the decision of this matter.
59. Justice EAKIN did not participate in the decision of this matter.